# Third District Court of Appeal

## State of Florida

Opinion filed January 4, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D21-1496 & 3D21-1497
Lower Tribunal No. 20-15301
_____

**Puri Bouza, et al.,**
Appellants,

vs.

**Ludlum Retail Associates, Ltd.,**
Appellee.

Appeals from the Circuit Court for Miami-Dade County, David C. Miller, Judge.

Velazquez & Perez Perez Law Firm, and Leslie Perez Perez, Lisbet Velazquez, and Valerie M. Hassan, for appellants Hector Santos Milanes and Gliscett Veliz; The Law Firm of Arianna M. Mendez, PLLC, and Arianna M. Mendez, for appellant Puri Bouza.

Tobin & Reyes, P.A., and Ricardo A. Reyes and Sacha A. Boegem (Boca Raton), for appellee.

Before LOGUE, GORDO, and LOBREE, JJ.

PER CURIAM.

Affirmed.